UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BARRY,<br><br>        Plaintiff(s),<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant(s).<br>_____/ | No. C-11-00847 DMR<br><br>**ORDER CONTINUING TRIAL DATE AND REQUESTING CASE STATUS UPDATE** |

The court hereby ORDERS that the previously scheduled bench trial date of April 16, 2012 is CONTINUED to April 30, 2012 at 8:30 a.m. All pre-trial deadlines remain in full effect. The parties shall submit a brief joint case status update no later than March 7, 2012.

IT IS SO ORDERED.

Dated: February 29, 2012

_____
DONNA M. RYU
United States Magistrate Judge