UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN BARRY,

        Plaintiff(s),

    v.

UNITED STATES OF AMERICA,

        Defendant(s).

No. C-11-00847 DMR

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference is set for **March 14, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. An updated Case Management Statement is due no later than **March 7, 2012.** In the joint case management statement, the parties shall identify any attendance problems regarding the April 30, 2012 trial date and shall propose alternative dates.

IT IS SO ORDERED.

Dated: February 29, 2012

_____
DONNA M. RYU
United States Magistrate Judge