UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BARRY, | No. C-11-00847 DMR |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference is set for **March 14, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  An updated Case Management Statement is due no later than **March 7, 2012.**  In the joint case management statement, the parties shall identify any attendance problems regarding the April 30, 2012 trial date and shall propose alternative dates.

IT IS SO ORDERED.

Dated: February 29, 2012

_____
DONNA M. RYU
United States Magistrate Judge