UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN BARRY,  No. C 11-847 DMR

    Plaintiff(s),  **ORDER**

  v.

UNITED STATES OF AMERICA,

    Defendant(s).
_____/

The court hereby ORDERS that Defendant may file a response brief to Plaintiff's Objections, [Docket Nos. 31, 32]. Defendant must file any such response by 12:00 p.m. on July 23, 2012.

IT IS SO ORDERED.

Dated: July 18, 2012



DONNA M. RYU
United States Magistrate Judge