**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   STEPHEN BARRY,                              No. C 11-847 DMR

12              Plaintiff(s),                    **ORDER**

13        v.

14   UNITED STATES OF AMERICA,

15              Defendant(s).
     _____/
16

17        The court hereby ORDERS that Defendant may file a response brief to Plaintiff's Objections,

18   [Docket Nos. 31, 32].  Defendant must file any such response by 12:00 p.m. on July 23, 2012.

19

20        IT IS SO ORDERED.

21

22   Dated:  July 18, 2012

23
                                                _____
24                                              DONNA M. RYU
                                                United States Magistrate Judge
25

26

27

28