UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BARRY, | No. C-11-00847 DMR |
| Plaintiff(s), | **AMENDED JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

It is so Ordered and Adjudged that an amended judgment be entered in favor of Plaintiff consistent with the Court's Amended Findings of Fact and Conclusions of Law.

IT IS SO ORDERED.

Dated: April 1, 2013



_____
DONNA M. RYU
United States Magistrate Judge